**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Megan Theresa Stone aka Megan Stone**
**aka Megan T. Stone fdba Liberty Cakes**
      **Mark  Andrew Stone aka Mark Stone aka**
**Mark A. Stone**

**BK NO. 17-01661 RNO**

**Chapter 13**

        **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322